**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

—————————————————————————

**DERRICK THOMPSON,**

                **Plaintiff,**

     **- v -**                           **Civ. No. 9:08-CV-487**
                                                  **(TJM/RFT)**

**MR. CARLSEN, Superintendent of Ulster**
**Correctional Facility; WHITE, Ms., Administrative Nurse;**
**FRANZA, Nurse, Ulster Correctional Facility;**
**CRAWLEY, Nurse, Ulster Correctional Facility,**

                **Defendants.**

—————————————————————————

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

**I.  INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon.

Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation

pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-

Recommendation and Order dated February 16, 2010 have been filed, and the time to do

so has expired.  Furthermore, after examining the record, this Court has determined that

the Report-Recommendation and Order is not subject to attack for plain error or manifest

injustice.  Accordingly, the Court adopts the Report-Recommendation and Order for the

reasons stated therein.

It is therefore,

**ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 24) is

**GRANTED** and the Complaint (Dkt. No. 1) is **DISMISSED** in its entirety.   The Clerk of the

Court is instructed to enter judgment in favor of Defendants and to close the file in this

matter.

**IT IS SO ORDERED**

DATED:March 10, 2010

Thomas J. McAvoy
Senior, U.S. District Judge

2